NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEL CORPORATION,**
*Plaintiff-Appellee,*

v.

**NEGOTIATED DATA SOLUTIONS, INC.,**
*Defendant-Appellant,*

AND

**ASUS COMPUTER INTERNATIONAL, INC.,
ACER AMERICA CORPORATION, ACER, INC.,
LENOVO GROUP LTD., AND LENOVO, INC.,**
*Defendants.*

---

2011-1448

---

Appeal from the United States District Court for the Eastern District of Texas in case nos. 08-CV-0319 and 11-CV-0247, Chief Judge David J. Folsom.

---

**ON MOTION**

---

**ORDER**

Negotiated Data Solutions, Inc. moves for an extension of time, until December 12, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 2 7 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Garland T. Stephens, Esq.
Theodore Stevenson, III, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 7 2011

JAN HORBALY
CLERK